# UNITED STATES DISTRICT COURT
### for the
### Southern District of California

**ORIGINAL**

FILED
FEB 2 0 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Express Mail Parcel EI771923492US, addressed to Doug Wilson, 1335 Market St., LaCrosse, WI 54601

Case No. '14 MJ 0474

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Southern   District of   California
*(identify the person or describe the property to be searched and give its location):*
Express Mail Parcel EI771923492US, addressed to Doug Wilson, 1335 Market St., LaCrosse, WI 54601 which is in the custody of the US Postal Inspection Service in San Diego, California.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mails, including money paid for controlled substances, in violation of Title 21, U.S.C., Sections 841(a)(1), 843(b), and 846.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
                                                                                *(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Karen S. Crawford                                                  .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                                  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   2/4/14 @ 4:00 PM      _____
                                                                  *Judge's signature*

City and state:   San Diego, California          KAREN S. CRAWFORD, United States Magistrate Judge
                                                                  *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>2017195-PMN | Date and time warrant executed:<br>2/11/2014 3:00 pm | Copy of warrant and inventory left with:<br>US Postal Service |
| Inventory made in the presence of :<br>Postal Inspector Richard Tanael | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>parcel contained a bundle of marijuana heat sealed and vacuum packed in plastic. Total weight 487.6 grams. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   02/11/2014

*Executing officer's signature*

T. Babcock - US Postal Inspector
*Printed name and title*